**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the
representative of a class of similarly situated persons,

                      Plaintiff,

          - against -

SAUER BRANDS, INC. d/b/a Duke's Mayo,

                      Defendants.
-----------------------------------------------------------X

Case No.   1:21-cv-5021-ENV-RML

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Sauer Brands, Inc.  No Answer has been filed in this case.

Dated: Scarsdale, New York
       January 17, 2022

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: /s/Dan Shaked
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel. (917) 373-9128
e-mail: ShakedLawGroup@Gmail.com

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 1/18/22

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge